In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00256-CR**

_____

**ARTHUR JAY GRAY JR. A/K/A ARTHUR JAY GRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13328**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Arthur Jay Gray Jr. a/k/a Arthur Jay Gray pleaded guilty to felony theft with prior theft convictions. The trial court found Gray guilty and assessed punishment at two years of confinement in a state jail facility and a fine of $1000, then suspended imposition of sentence, placed Gray on community supervision for five years, and assessed a fine of $1000. The State subsequently filed a motion to revoke Gray's community

1

supervision. Gray pleaded "true" to one violation of the terms of the community supervision order. The trial court found that Gray violated the terms of the community supervision order, revoked Gray's community supervision, and imposed a sentence of two years of confinement in a state jail facility.

Gray's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On October 25, 2012, we granted an extension of time for gray to file a *pro se* brief. We received no response from Gray.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

---

[1]Gray may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 6, 2013
Opinion Delivered February 20, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.